# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 23-0162V

---

JOHN JENNINGS,

          Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

          Respondent.

Chief Special Master Corcoran

Filed: February 28, 2024

---

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA,* for Petitioner.

*Jennifer A. Shah, U.S. Department of Justice, Washington, DC,* for Respondent.

## DECISION ON DAMAGES[1]

On February 6, 2023, John Jennings filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that he suffered a left-sided shoulder injury related to vaccine administration ("SIRVA") as the result of an influenza ("flu") vaccine received on September 30, 2021. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 27, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On February 28, 2024, Respondent filed a proffer on award of compensation ("Proffer"). Respondent represented that Petitioner agrees with

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

the proffered award. *Id.* at 2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

**Pursuant to the terms stated in the attached Proffer, I award a lump sum payment of $82,406.36 (representing $80,000.00 for pain and suffering, and $2,406.36 for out-of-pocket expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| JOHN JENNINGS,<br><br>               Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | No. 23-162V<br>Chief Special Master Corcoran<br>SPU |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On February 6, 2023, John Jennings ("petitioner") filed a petition for compensation ("Petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to –34, as amended ("Vaccine Act" or "Act"). Petitioner alleges that he suffered a Shoulder Injury Related to Vaccine Administration ("SIRVA") as a result of an influenza vaccination administered on September 30, 2021. Petition at 1.

On November 21, 2023, respondent filed his Vaccine Rule 4(c) report, recommending that compensation be awarded. ECF No. 22. On November 27, 2023, this Court issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 24.

I.      **Items of Compensation**

Respondent proffers that petitioner should be awarded **$82,406.36**, consisting of $80,000.00 for pain and suffering and $2,406.36 for out-of-pocket expenses. This represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

II.     **Form of the Award**

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]: a lump sum payment of **$82,406.36**, representing compensation for all elements of economic and noneconomic damages, in the form of a check payable to petitioner, John Jennings.

III.    **Summary of Recommended Payment Following Judgment**

Lump sum payable to petitioner, John Jennings:     **$82,406.36**.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

COLLEEN C. HARTLEY
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

                                                *s/ Jennifer A. Shah*
                                                Jennifer A. Shah
                                                Trial Attorney
                                                Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                P.O. Box 146
                                                Benjamin Franklin Station
                                                Washington, D.C.  20044-0146
                                                Tel:  (202) 305-2181
                                                Jennifer.shah@usdoj.gov

Dated: February 28, 2024